Gaelle H. Gralnek, State Bar No. 143846
Dawn S. Theodora, State Bar No. 131593
CALIFORNIA STATE UNIVERSITY
OFFICE OF GENERAL COUNSEL
401 Golden Shore, 4th Floor
Long Beach, CA  90802-4210
Tel:  (562) 951-4500 / Fax:  (562) 951-4956
Email:  ggralnek@calstate.edu
          dtheodora@calstate.edu

Christopher M. Alston, WSB #18823 (*Pro Hac Vice*)
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3400
Seattle, WA  98101
Tel: 206-447-2906 / Fax:  206-749-1904
Email:  alstc@foster.com

Attorneys for Defendants The Board of Trustees of The
California State University and California Polytechnic
State University Foundation

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

| | |
|---|---|
| In re: <br><br> ALBERT STEPHEN MORIARTY, JR., <br><br> Debtor. | Case No. 12-22878-MLB <br> U.S. Bankruptcy Court <br> Western District of Washington |
| MICHAEL P. KLEIN, Chapter 7 Trustee for the Bankruptcy Estate of Albert Stephen Moriarty, Jr., <br><br> Plaintiff, <br><br> v. <br><br> The Board of Trustees of the California State University; California Polytechnic State University San Luis Obispo; California Polytechnic State University Foundation; and Doe One through Doe Twenty, inclusive, <br><br> Defendants. | Adversary No. 9:14-ap-01131-PC <br><br> **ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT FOR: (1) AVOIDANCE OF FRAUDULENT TRANSFER; AND (2) RECOVERY OF AVOIDED TRANSFER** <br><br> Status Conference: <br> Date:  March 12, 2015 <br> Time: 10:00 a.m. (PST) <br> Place: United States Bankruptcy Court <br> Courtroom #201 <br> 1415 State Street, Suite 230 <br> Santa Barbara, CA  93101-2511 |

ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES

51423767.3

Defendant The Board of Trustees of the California State University, which is the State of California acting in its higher education capacity, and includes California Polytechnic State University San Luis Obispo ("Cal Poly"), one of 23 campuses in the CSU system,[1] and defendant California Polytechnic State University Foundation (the "Foundation," and collectively "Defendants") submit this Answer and Affirmative Defenses to First Amended Complaint For: (1) Avoidance of Fraudulent Transfer; and (2) Recovery of Avoided Transfer (the "Amended Complaint"), and respectfully state as follows:

## I.    ANSWER

1. In answer to Paragraph 1 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations, and therefore deny them.

2. In answer to Paragraph 2 of the Amended Complaint, Defendants admit the allegations.

3. In answer to Paragraph 3 of the Amended Complaint, Defendants admit this adversary proceeding relates to the Bankruptcy Case, but deny the remaining allegations.

4. In answer to Paragraph 4 of the Amended Complaint, Defendants deny the allegations.

5. In answer to Paragraph 5 of the Amended Complaint, Defendants admit that to the extent the Bankruptcy Court has subject matter jurisdiction, Plaintiff's Claims for Relief are core proceedings. To the extent any related claims are determined to not be core proceedings, Defendants assert that such claims require consent to entry of final orders by the bankruptcy judge, and Defendants hereby provide their consent. Defendants deny all remaining allegations.

6. In answer to Paragraph 6 of the Amended Complaint, Defendants admit the allegations.

---

[1] Plaintiff has erroneously identified in the caption "California Polytechnic State University San Luis Obispo" as a separate defendant, but no such legal entity exists.

ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES – 1

51423767.3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

7. In answer to Paragraph 7 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations, and therefore deny them.

8. In answer to Paragraph 8 of the Amended Complaint, Defendant Board of Trustees of the California State University is a government entity, created by legislative action, and is the State of California acting in its higher education capacity and its headquarters are located in Long Beach, California. Defendants deny that it is incorporated or that it is a corporation and deny all remaining allegations.

9. In answer to Paragraph 9 of the Amended Complaint, Defendants admit that The Board of Trustees of the California State University, which is the State of California acting in its higher education capacity, includes Cal Poly, which is located in San Luis Obispo County, California, one of 23 campuses in the CSU system. Defendants deny every remaining allegation.

10. In answer to Paragraph 10 of the Amended Complaint, Defendants admit the Foundation is incorporated as a non-profit entity within the meaning of section 501(c)(3) of the Internal Revenue Code and is located in San Luis Obispo County, California. Defendants admit the Foundation accepts charitable donations and gifts that are used to benefit the educational mission, students and programs at Cal Poly. Defendants admit the Foundation manages, invests and distributes endowments and gifts for the benefit of the educational mission, students and programs at Cal Poly. Defendants deny every remaining allegation.

11. In answer to Paragraph 11 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and therefore deny them.

12. In answer to Paragraph 12 of the Amended Complaint, Defendants deny the allegations.

13. In answer to Paragraph 13 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and therefore deny them.

14. In answer to Paragraph 14 of the Amended Complaint, Defendants admit the allegations.

ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES – 2

51423767.3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

15.   In answer to Paragraph 15 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations of the first sentence, and therefore deny them. As to the second sentence, Defendants admit that the Debtor was on the Cal Poly football team, but lack sufficient information to admit or deny the remaining allegations and therefore deny them. As to the third sentence, Defendants admit that the Debtor was inducted into the Cal Poly Athletics Hall of Fame and deny any remaining allegations.

16.   In answer to Paragraph 16 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and therefore deny them.

17.   In answer to Paragraph 17 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and therefore deny them.

18.   In answer to Paragraph 18 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and therefore deny them.

19.   In answer to Paragraph 19 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and therefore deny them.

20.   In answer to Paragraph 20 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and therefore deny them.

21.   In answer to Paragraph 21 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and therefore deny them.

22.   In answer to Paragraph 22 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and therefore deny them.

23.   In answer to Paragraph 23 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and therefore deny them.

24.   In answer to Paragraph 24 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and therefore deny them.

25.   In answer to Paragraph 25 of the Amended Complaint, Defendants admit the allegations.

ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES – 3

51423767.3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

26. In answer to Paragraph 26 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and therefore deny them.

27. In answer to Paragraph 27 of the Amended Complaint, Defendants admit the Scoreboard Fund Agreement was executed in April 2009. As for the parties to the Agreement and the signatories on the Agreement, the Agreement speaks for itself. Any allegations inconsistent with the Scoreboard Fund Agreement are denied.

28. In answer to Paragraph 28 of the Amended Complaint, Defendants state the agreement speaks for itself, and any allegations inconsistent with the agreement are denied.

29. In answer to Paragraph 29 of the Amended Complaint, Defendants state the agreement speaks for itself, and any allegations inconsistent with the agreement are denied.

30. In answer to Paragraph 30 of the Amended Complaint, Defendants admit the allegations of the first sentence. Defendants lack sufficient information to admit or deny the allegations in the second and third sentences, and therefore deny them.

31. In answer to Paragraph 31 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and therefore deny them.

32. In answer to Paragraph 32 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and therefore deny them.

33. In answer to Paragraph 33 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and therefore deny them.

34. In answer to Paragraph 34 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and therefore deny them.

35. In answer to Paragraph 35 of the Amended Complaint, Defendants deny the allegations of the first sentence. Defendants lack sufficient information to admit or deny the allegations of the second sentence, and therefore deny them.

36. In answer to Paragraph 36 of the Amended Complaint, Defendants deny the allegations.

ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES – 4

51423767.3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

37. In answer to Paragraph 37 of the Amended Complaint, Defendants admit the allegations.

38. In answer to Paragraph 38 of the Amended Complaint, Defendants admit the allegations.

39. In answer to Paragraph 39 of the Amended Complaint, Defendants admit the allegations.

40. In answer to Paragraph 40 of the Amended Complaint, Defendants deny the allegations.

41. In answer to Paragraph 41 of the Amended Complaint, Defendants deny the allegations.

42. In answer to Paragraph 42 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and therefore deny them.

43. In answer to Paragraph 43 of the Amended Complaint, Defendants contend the statement does not require an answer.

44. In answer to Paragraph 44 of the Amended Complaint, Defendants deny the allegations.

45. In answer to Paragraph 45 of the Amended Complaint, Defendants assert the allegations are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

46. In answer to Paragraph 46 of the Amended Complaint, Defendants deny the allegations.

47. In answer to Paragraph 47 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and therefore deny them.

48. In answer to Paragraph 48 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and therefore deny them.

ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES – 5

51423767.3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

49.    In answer to Paragraph 49 of the Amended Complaint, Defendants deny the allegations.

50.    In answer to Paragraph 50 of the Amended Complaint, Defendants contend the statement does not require answer.

51.    In answer to Paragraph 51 of the Amended Complaint, Defendants deny the allegations.

52.    In answer to Paragraph 52 of the Amended Complaint, Defendants lack sufficient information to admit or deny the allegations and therefore deny them.

53.    In answer to Paragraph 53 of the Amended Complaint, Defendants deny the allegations are legal conclusions to which no response is required.

54.    In answer to Paragraph 54 of the Amended Complaint, Defendants contend the statement does not require answer.

55.    In answer to Paragraph 55 of the Amended Complaint, Defendants assert the allegations are legal conclusions to which no response is required.  To the extent a response is required, Defendants admit that the Debtor transferred $625,000 to the Foundation, who in turn transferred such funds to Cal Poly, and deny every remaining allegation.

56.    In answer to Paragraph 56 of the Amended Complaint, Defendants deny the allegations.

57.    In answer to Paragraphs A through E of the Amended Complaint, Defendants deny the Plaintiff is entitled to any relief.

## II.    **AFFIRMATIVE DEFENSES**

1.    Plaintiff lacks standing and is barred from asserting any recovery of any transfers from Cal Poly because neither Plaintiff nor any creditor of the Debtor complied with the California Government Claims Act.

2.    Plaintiff has failed to state a claim for one or more of the causes of action asserted against Defendants.

ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES – 6

51423767.3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

3.  The transfers were taken for reasonably equivalent value, in good faith, and without knowledge of the voidability of the transfers.

4.  The transfers were taken for value, in good faith, and without knowledge of the voidability of the transfers.

5.  If any transfers are deemed avoidable, Defendants were good-faith transferees and are entitled, to the extent of the value given to the Debtor for each transfer, to: (a) a lien on or a right in any interest incurred, (b) enforcement of all obligations incurred, or (c) a reduction in the amount of liability on the judgment.

6.  Plaintiff's claims are barred by the doctrine of estoppel.

7.  Plaintiff's claims are barred by applicable statutes of limitation.

8.  Plaintiff's claims are barred by the doctrine of *res judicata*.

9.  Sovereign immunity bars all of Plaintiff's claims against Cal Poly.

### III.  PRAYER FOR RELIEF

WHEREFORE, Defendants respectfully pray for the following relief:

1.  Entry of a judgment denying all relief requested by Plaintiff and dismissing with prejudice all claims that were raised or could have been raised by Plaintiff in this adversary proceeding;

2.  An award of attorneys' fees and costs incurred by Defendants to the fullest extent allowed by contract, law, and equity;

3.  For permission to amend their pleadings to conform to the evidence at trial; and

4.  Such further relief as the Court may deem just and proper.

ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES – 7

51423767.3

DATED this 6th day of February, 2015.

        CALIFORNIA STATE UNIVERSITY
        OFFICE OF THE GENERAL COUNSEL

*/s/ Dawn S. Theodora*
Dawn S. Theodora, CSB #131593

FOSTER PEPPER PLLC

*/s/ Christopher M. Alston*
Christopher M. Alston, WSB #18823 (*Pro Hac Vice*)

Attorneys for Defendants the Board of Trustees of the California State University, which is the State of California operating in a higher education capacity, and includes California Polytechnic State University San Luis Obispo, and California Polytechnic State University Foundation

ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES – 8

51423767.3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1111 Third Avenue, Suite 3400, Seattle, WA 98101

A true and correct copy of the foregoing document entitled (*specify*): **ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 6, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jeremy W. Faith – Jeremy@marguliesfaithlaw.com, Douglas D. Kappler – doug@marguliesfaithlaw.com, Meghann Triplett – Meghann@marguliesfaithlaw.com, US Trustee – ustpregion16nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On February 6, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Peter H. Carroll, Chief Judge
United States Bankruptcy Court
1415 State Street, Suite 230
Santa Barbara, CA 93201-2511

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 6, 2015 | Lisa Cachopo | */s/ Lisa Cachopo* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.